

**NUMBER 13-14-00384-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**JASON CHAVEZ,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

**On appeal from the County Court at Law No. 2
of Nueces County, Texas.**

---

**ORDER TO FILE APPELLATE BRIEF**

**Before Justices Garza, Benavides, and Perkes
Order Per Curiam**

This cause is currently before the Court on appellant's sixth motion for extension of time to file the brief. The reporter's record was filed on September 16, 2014, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court has previously granted appellant extensions totaling 165 days to file

the brief, and appellant now seeks an additional 21 days, until May 4, 2015, to file the brief.

The Court GRANTS appellant's sixth unopposed motion for extension to file the brief and ORDERS the Honorable Ira Z. Miller to file the brief on or before May 4, 2015. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
22nd day of April, 2015.

2